UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SILVEX DESIGNS, INC.,

      Plaintiff,

  -against-

FAST FLEET SYSTEMS, INC.,
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

      Defendants.

-----------------------------------------------------------X

07 CIV 3740

FRCP RULE 7.1
**DISCLOSURE STATEMENT**

NOW comes plaintiff, SILVEX DESIGN, INC., and submits in duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1. Silvex Designs, Inc. has no publicly traded corporate parents, subsidiaries or affiliates.

Dated: May 9, 2007

                              THE PLAINTIFF,
                              SILVEX DESIGN, INC.

                              By _____
                              Brian Del Gatto
                              Wilson, Elser, Moskowitz,
                              Edelman & Dicker, LLP
                              3 Gannett Drive
                              White Plains, NY 10604
                              Tel: (914) 323-7000
                              Fax: (914) 323-7001
                              Our File No.: 09945.00001

73494.1