UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SILVEX DESIGNS, INC.,    07-cv-03740-UA-MDF

    Plaintiff,

  -against-    **NOTICE OF
                    AMENDED COMPLAINT**

FAST FLEET SYSTEMS, INC. and
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

    Defendants.

------------------------------------------------------------X

    COMES NOW Plaintiff, SILVEX DESIGNS, INC. by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, pursuant to F.R.C.P. Rule 15(a), files the attached Amended Complaint.

Dated: May 21, 2007

                                      THE PLAINTIFF,
                                      SILVEX DESIGNS, INC.

             By    /s/ Brian DelGatto
                    Brian Del Gatto BD7759
                    Wilson, Elser, Moskowitz,
                    Edelman & Dicker, LLP
                    3 Gannett Drive
                    White Plains, NY 10604
                    Tel: (914) 323-7000
                    Fax: (914) 323-7001
                    Our File No.: 09945.00001

75889.1

2

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing was sent to the following:

***Defendant, Fast Fleet Systems, Inc.***
Fast Fleet Systems, Inc.
407 Green Avenue
Brielle, NJ 08730

***Defendant, Quebecor World Logistics, Inc. d/b/a Q.W.Express***
Quebecor World Logistics, Inc.
1130 West Thorndale
Bensenville, IL 60106

Via U.S. Mail, postage prepaid, on the 21st day of May, 2007.

                                                /s/ Brian DelGatto
                                               Brian Del Gatto BD 7759

75889.1