UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SILVEX DESIGNS, INC.,                                    07-cv-03740-UA-MDF

        Plaintiff,

                                           **AMENDED COMPLAINT**

   -against-

FAST FLEET SYSTEMS, INC. and
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

        Defendants.

--------------------------------------------------------X

      COMES NOW Plaintiff, SILVEX DESIGNS, INC. by and through its attorneys,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, for its claims and causes of

action against FAST FLEET SYSTEMS, INC. and QUEBECOR WORLD LOGISTICS, INC.

d/b/a Q.W. EXPRESS, alleges upon information and belief, as follows:

### PARTIES, JURISDICTION AND VENUE

    1.      Jurisdiction is predicated upon 28 § U.S.C. § 1331, 28 § U.S.C. § 1332(a)(2) and

28 § U.S.C. § 1337 since the claim arises out of interstate transport of goods by motor carrier

pursuant to the Carmack Amendment, 49 U.S.C. § 14706 and since there is diversity of

citizenship between the parties and the Plaintiff's damages exceed $75,000.

    2.      Plaintiff, Silvex Designs, Inc. (hereinafter "Silvex"),  is a corporation organized

and existing by virtue the laws of New York in the United States, engaged in the business of

retail of silver jewelry, with a principal place of business located at 330 5th Avenue, New York,

New York.

    3.      Defendant, Quebecor World Logistics, Inc. d/b/a Q.W. Express (hereinafter

"Q.W. Express"), is a corporation organized and existing by virtue of the laws of Illinois in the

United States, engaged in business as a common carrier of goods, with an office and place of business located at 1130 West Thorndale, Bensenville, Illinois.

4       Defendant, Fast Fleet Systems, Inc., (hereinafter "Fast Fleet") is a corporation organized and existing by virtue of the laws of New Jersey in the United States, engaged in business as a common carrier of goods, with an office and place of business located at 407 Green Avenue, Brielle, New Jersey.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

5.      Plaintiff, Silvex, is the received, consignee, owner and/or assured of the consignment hereinbelow described.  Plaintiff, Silvex, brings this action on its own behalf and as agent and/or trustee on behalf of and for the interest of all parties who may be or become interested in the said consignment, as their respective interest may ultimately appear, and Plaintiff is entitled to maintain this action.

6.      On or about August 29, 2006, Plaintiff, Silvex, retained Defendant, Q.W. Express, to transport a consignment of approximately 4009 pound of sterling silver jewelry, contained in 69 trunks, from Silvex's principle place of business in New York to Rodeway Inn, 1365 West Grant, Tucson, Arizona, the location of a trade show where Plaintiff intended to market the aforementioned jewelry, all in consideration of an agreed freight rate. (See copy of Bill of Lading attached hereto as Exhibit "A".)

7.      On or about August 29, 2006, Q.W. Express retained Defendant, Fast Fleet to transport the aforementioned jewelry all or part of the route from Plaintiff's principal place of business to the intended destination in Tucson, Arizona.

2

8.     On August 29, 2006, Fast Fleet picked up the aforementioned jewelry consignment from Plaintiff's principle place of business in good order and condition and weighing in total approximately 4009 pounds.

9.     The aforementioned consignment was transported by Fast Fleet from Plaintiff's principle place of business to a location in Newark, New Jersey, where the aforementioned consignment was consolidated with other goods prior to being transported to the intended destination in Tucson, Arizona.

10.     When the consignment arrived at Newark, New Jersey, it was weighed prior to consolidation and transport to the intended destination in Tucson, Arizona.  The total weight of the jewelry consignment delivered by Fast Fleet to Newark, New Jersey was 3084 pounds.  (See copy of Invoice from Q.W. Express dated September 19, 2006, Bill No. LEX3171137, attached hereto as Exhibit "B".)

11.     When the consignment arrived at its intended destination in Tucson, Arizona on September 6, 2006, it was ascertained that approximately 925 pound of jewelry, approximately half the content of jewelry in each trunk, were missing.  (See copy of City of Tucson, Arizona Police Report, Case No. 0609060238, dated September 6, 2006, attached hereto as Exhibit "C".)

## COUNT I

## QUEBECOR WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS

## NEGLIGENCE

12.     Plaintiff, Silvex, hereby incorporates all of the previous allegations as set forth herein.

75896.1

13.    Defendant, Q.W. Express, failed to deliver the consignment to the plaintiff at the designated point of delivery in the same good order and condition as when received by it in New York, New York.

14.    The damage sustained to the aforementioned consignment of jewelry did not result from any act or omission on the part of Plaintiff, Silvex, but, to the contrary, was the result in whole or in part, of the negligence and or fault of Defendant, Q.W. Express.

15.    By reason of the foregoing, Plaintiff has damages in a total amount of no less than $332.872.96, as nearly as presently can be determined, no amount of which has been paid, although duly demanded on numerous occasions beginning on September 6, 2006.

WHEREFORE, Plaintiff prays:

16.    That process in due form of law may issue against the Defendant, Q.W. Express, citing it to appear and answer all and singular the matters aforesaid;

17.    That judgment may be entered in favor of Plaintiff against the Defendant, Q.W. Express, for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action,; and

18.    That this Court grant to Plaintiff such other and further relief as may be just and proper.

## COUNT II

## NEGLIGENCE OF FAST FLEET, INC.

## NEGLIGENCE

19.    Plaintiff, Silvex, hereby incorporates all of the previous allegations as set forth herein.

75896.1

20.     Defendant, Fast Fleet, failed to deliver the consignment to the plaintiff at the designated point of delivery in the same good order and condition as when received by it in New York, New York.

21.     The damage sustained to the aforementioned consignment of jewelry did not result from any act or omission on the part of Plaintiff, Silvex, but to the contrary, was the result in whole or in part, of the negligence and or fault of Defendant, Fast Fleet.

22.     By reason of the foregoing, Plaintiff has damages in a total amount of no less than $332.872.96, as nearly as presently can be determined, no amount of which has been paid, although duly demanded on multiple occasions, beginning on December 13, 2006.

WHEREFORE, Plaintiff prays:

23.     That process in due form of law may issue against the Defendant, Fast Fleet, citing it to appear and answer all and singular the matters aforesaid;

24.     That judgment may be entered in favor of Plaintiff against the Defendant, Fast Fleet, for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action,; and

25.     That this Court grant to Plaintiff such other and further relief as may be just and proper.

26.     Plaintiff hereby demands a TRIAL BY JURY pursuant to Fed. R. Civ. P. Rule 38.

Dated:  White Plains, New York
        May 21, 2007

5

THE PLAINTIFF,
SILVEX DESIGNS, INC.

By _____

Brian Del Gatto BD 7759
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Our File No.: 09945.00001

6

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on the 21st day of May, 2007 to the following:

**_Defendant, Fast Fleet Systems, Inc._**
Fast Fleet Systems, Inc.
407 Green Avenue
Brielle, NJ 08730

**_Defendant, Quebecor World Logistics, Inc. d/b/a O.W.Express_**
Quebecor World Logistics, Inc.
1130 West Thorndale
Bensenville, IL 60106

Brian Del Gatto BD 7759

7

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF WESTCHESTER   )

     Ileana Cordova, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of 18 years and resides in Westchester County, New York.  On the 21st day of May, 2007, deponent served the **NOTICE OF AMENDED COMPLAINT AND AMENDED COMPLAINT** upon:

TO:    ***Defendant, Fast Fleet Systems, Inc.***
        Fast Fleet Systems, Inc.
        407 Green Avenue
        Brielle, NJ 08730

        ***Defendant, Quebecor World Logistics, Inc. d/b/a Q.W.Express***
        Quebecor World Logistics, Inc.
        1130 West Thorndale
        Bensenville, IL 60106

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                      _Ileana Cordova_
                                      Ileana Cordova

Sworn to before me this
21st day of May, 2007

_____
Notary Public

GLADYS CAMPBELL
Notary Public, State of New York
No. 01CA4698890
Qualified in Bronx County
Commission Expires Sept. 30, 2069

75923.1

Docket No. 07-cv-03740-UA-MDF

Brian Del Gatto
09945.00001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVEX DESIGNS, INC.,

Plaintiff,


FAST FLEET SYSTEMS, INC. and, QUEBECOR WORLD
LOGISTICS, INC. d/b/a Q.W EXPRESS,

Defendants.


## AMENDED COMPLAINT


### WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Attorneys For*   **SILVEX DESIGNS, INC.**

*Office & Post Office Address, Telephone*
3 Gannett Drive
White Plains, NY  10604
914-323-7000

# EXHIBIT

# A

08/23/2008   13:13   859 253 9137 → 12127601173   NO.553   P02

**QWEXPRESS**

## Q. W. Express
P.O. BOX 940

BENSENVILLE, IL. 60106
Phone: 877-732-8738   FAX: 847-952-4904

### Bill of Lading

| | |
|---|---|
| Date: 08/29/2006 | Bill Number: LEX317137 |
| Payor: CRPD | Origin: EWR   Dest: TUG |

**Shipper Reference**

SILVEX DESIGN
330 5TH AVENUE
SUITE 808
NEW YORK   NY. 10001
ATHENA MACY-MEIER

**Receiver Reference** GLW / BTH # EC22-35

RODEWAY INN
1365 WEST GRANT

TUCSON AZ. 85745
SILVEX IMAGES

| Pieces | Weight | Description | Pcs | L | W | H | DimWt | Service Requested |
|--------|--------|-------------|-----|---|---|---|-------|-------------------|
| 69 | 0 | EXHIBIT MATERIAL | | | | | 0 | DEFERRED |
| 69 | 0 | Totals | | Chargeable Weight 0 | | | | COD:   $0.00<br>Declared Value:   $0.00 |

Delivery Remarks: MUST DELIVER ON 09/08/06 @ 9 AM GLW / SILVEX IMAGES / BTH # EC22-35

**Customer**

SILVEX DESIGN
330 5TH AVENUE
SUITE 808
NEW YORK   NY. 10001
FAX: 212 760-1173

_____
Shipper's (Name, Date and Time)

_____
Received by (Name, Date and Time)

# EXHIBIT

# B

VICTIM MAY PHOTOCOPY FORM AS MANY TIMES AS NEEDED

| TYPE OF REPORT (X in Appropriate Box) | DATE OF CRIME 9/6/06 | CASE NO. 0609060238 |
|---|---|---|
| ☐ BURGLARY ☐ ROBBERY ☐ THEFT FROM VEHICLE ☐ PURSE SNATCH ☐ STRONG ARM ROBBERY ☒ THEFT | VICTIM (FIRM IF BUSINESS) SILVEX DESIGNS  CRIME CLASSIFICATION 06.10 | LOCATION OF OCCURENCE 1365 W. GRANT #143  OFFICER'S NAME, PR # AND TEAM BROADWAY 35642 00W |

**PLEASE PRINT** — LIST ADDITIONAL ITEMS TAKEN WITH AS COMPLETE A DESCRIPTION AS POSSIBLE. FOLD, SIGN, SEAL, AND DROP IN MAILBOX. USE BLACK INK.

## EXAMPLE

| Type of Item | Brand Name or Bank Number | Model Number Acct./ Card No. | Serial No. or Check Numbers | Color and /or Caliber | Size and /or Style | Value |
|---|---|---|---|---|---|---|
| T.V. SET | SONY | DR200 | 5100354R | BROWN CABINET | 25" COLOR | $550.00 |
| RIFLE | WEATHERBY | 7005 | ZTH36621 | WOOD STOCK 270 CAL. | SPORTER SEMI. AUTO | $345.00 |

IF THE APPROPRIATE CATEGORIES ARE NOT AVAILABLE ON THIS FORM OR ADDITIONAL SPACE IS NECESSARY TO DESCRIBE AN ITEM, FEEL FREE TO USE TWO LINES.

TOTAL $895.00

| Type of Item | Brand Name or Bank Number | Model Number Acct./ Card No. | Serial No. or Check Numbers | Color and /or Caliber | Size and /or Style | Value |
|---|---|---|---|---|---|---|
| 67648gm Sterling Earrings | | | .925 | Asst | Asst | 52765.44 |
| 54656 gm Sterling Bracelets | | | .925 | " | " | 42631.68 |
| 100800gm Sterling Pendants | | | .925 | " | " | 78624.00 |
| 11648gm Sterling Vermeil Jewelry | | | .925 | Gold | " | 10483.20 |
| 37184gm Sterling Rings | | | .925 | Asst | " | 29003.52 |
| 8064gm Sterling & Mystic topaz | | | .925 | . | " | 10080.00 |
| 62729gm Sterling Blue Topaz | | | .925 | Blue Stones | " | 7840.00 |
| 264320gm Sterling Beads & Findings | | | N/A | Silver | " | 14537.60 |
| 4928gm Sterling & CZ Jewelry | | | .925 | Silver | White CZs | 4188.80 |
| 79744gms Stone Beaded Jewelry | | | w/ silver accents | Asst | | 62200.32 |
| 25984 gms Sterling + Turquoise Jewelry | | | | Blue & Silver | | 15590.40 |

MAKE SURE ALL BLANKS ARE FILLED OUT DESCRIBING PROPERTY

**NOTE:** If you come up with additional information that you believe will help solve the crime, please list the information below.

**NOTICIA:** Si usted halla información adicional que cree que nos asistirá en resolver su caso, por favor escríbela información debajo de este linea.

9856g  Sterling Jewelry w/ no stones (plain silver)    4928.00

Total $332,872.96

PLEASE SIGN YOUR FULL NAME HERE: Athena Macy-Meier  *Athena Mayly*

TODAY'S DATE 9-10-06

CITIZEN'S MAIL-IN DEPARTMENTAL REPORT FORM

CITY OF TUCSON, ARIZONA - POLICE DEPARTMENT

TPD 1832 (08/00)

78-6-1832-7 (08/00)

# EXHIBIT

# C



13158 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
(877) 536-5526

QWE Invoice Date

SEP 1 9 2006

| DATE 08/29/2006 | BILL NUMBER LEX317137 | |
|---|---|---|
| PAYOR CRPD | ORIGIN EWR | DESTINATION TUS |

| SHIPPER | SHIPPER REFERENCE | RECEIVER | RECEIVER REFERENCE GLW / BTH # EC22 |
|---|---|---|---|
| | SILVEX DESIGN<br>330 5TH AVENUE<br>SUITE 808<br>NEW YORK  NY. 10001 | | RODEWAY INN<br>1365 WEST GRANT<br>TUCSON AZ. 85745 |

| PIECES | WEIGHT | DESCRIPTION | PIECES | LENGTH | WIDTH | HEIGHT | DIM WT. | SERVICE REQUESTED |
|---|---|---|---|---|---|---|---|---|
| 68 | 3084 | EXHIBIT MATERIAL | 2 | 48 | 40 | 46 | 2092 | DEFERRED |
| | | | 1 | 49 | 51 | 46 | | |
| | | | 1 | 48 | 40 | 37 | | |
| | | | 1 | 50 | 48 | 18 | | |

| | | | DECLARED VALUE | $0.00 |
|---|---|---|---|---|
| 68 | 3084 | TOTALS | CHARGEABLE WEIGHT | 3084 |

| DESCRIPTION | AMOUNT |
|---|---|
| Freight Charges ($0.7500) | $2,313.00 |
| Dec Value | $0.00 |
| 2 Man Pickup | $75.00 |
| Lift Gate Pickup | $60.00 |
| Special Pickup | $70.00 |
| Waiting Time | $40.00 |
| Inside Pickup | $95.00 |
| Palletizing/Shrink Wrap | $125.00 |
| Special Delivery | $45.00 |
| Hotel Delivery | $25.00 |

PAYOR:

SILVEX DESIGN
330 5TH AVENUE
SUITE 808
NEW YORK  NY. 10001

| TOTAL AMOUNT DUE: | $2,848.00 |
|---|---|

## PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| SILV18355 |
|---|

| BILL NUMBER |
|---|
| LEX317137 |

| TOTAL AMOUNT DUE |
|---|
| $2,848.00 |

PLEASE REMIT TO:



a division of Quebecor World Logistics

13158 Collections Center Drive
Chicago, IL 60693
(877) 536-5526

"This invoice is subject to Quebecor World's standard terms and conditions of sale or to the terms and conditions contained in a similar agreement agreed to by both parties. Net terms are 15 days. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale."

We accept Visa, MC and American Express