AO 440  (Rev. 10/93) Summons in a Civil Action -SDNY  WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>May 18, 2007   At 4:00 PM |
| NAME OF SERVER (PRINT)<br>JOHN PEREZ | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☑  Other (specify): __Served Larry Thees, President of Fast Fleet Systems, Inc. at 407 Green Avenue, Brielle, NJ 08730__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 18, 2007
               Date

Signature of Server   JOHN PEREZ

284 Mantoloking Road, Brick, NJ 08723
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

SILVEX DESIGNS, INC.,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

FAST FLEET SYSTEMS, INC. and QUEBECOR
WORLD LOGISTICS, INC. d/b/a/ Q.W. EXPRESS



07 CIV 3740

WP4

TO: (Name and address of defendant)

Fast Fleet Systems, Inc.          Quebecor World Logistics, Inc.
407 Green Avenue                  1130 West Thorndale
Brielle, New Jersey 08730         Bensenville, Illonois 60106

732-292-9616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Del Gatto
Wilson Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 11 2007
CLERK                                                 DATE

*Marios Quintero*

(BY) DEPUTY CLERK