Anthony J. Pruzinsky (AP-8534)
Andrew R. Brown (AB-1644)
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006
Telephone:   212-669-0600
Facsimile:    212-669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SILVEX DESIGNS, INC.,

        Plaintiff,

   -against-

FAST FLEET SYSTEMS, INC., and
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS,

        Defendants.
-------------------------------------------------------X

07-cv-03740-UA-MDF

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Quebecor World Logistics, Inc., d/b/a Q.W. Express, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        **Q.W. Express, is a division of Quebecor World Logistics, Inc., a subsidiary owned 100% by Quebecor, Inc., a publicly held corporation.**

Date:  June 6, 2007

                                _____
                                  Andrew R. Brown
                                  Attorney Bar Code:  (AB-1644)