**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————x

SILVEX DESIGNS, INC.,

      Plaintiff,

 -against-

FAST FLEET SYSTEMS, INC., and QUEBECOR

 WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

      Defendants.

-against-


ONE BEACON INSURANCE COMPANY,

STATION OPERATOR SYSTEMS, INC.,

INTEGRITY TRANSPORT, INC and

EDWARD EGAN, individually

      Third-Party Defendants.

———————————————————————x

**07-cv-03740-UA-MDF**

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

Defendant, Fast Fleet Systems, Inc. by and through its attorney Lawrence Thees, submits in

duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1.and states:  Fast Fleet

Systems, Inc. has no publicly traded corporate parents, subsidiaries or affiliates.


Dated: July 10, 2007          **LAWRENCE P. THEES, ESQ**
                        Attorney for Defendant, Fast Fleet Systems, Inc.


                        By:_____/s/ Lawrence P. Thees_____
                        407 Green Avenue
                        Brielle, New Jersey 08730
                        732-489-7900, Fax 732-875-0753

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————x

SILVEX DESIGNS, INC.,

      Plaintiff,

 -against-

FAST FLEET SYSTEMS, INC., and QUEBECOR

 WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

      Defendants.

-against-


ONE BEACON INSURANCE COMPANY,

STATION OPERATOR SYSTEMS, INC.,

INTEGRITY TRANSPORT, INC and

EDWARD EGAN, individually

      Third-Party Defendants.

———————————————————————x

**07-cv-03740-UA-MDF**

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

Defendant, Fast Fleet Systems, Inc. by and through its attorney Lawrence Thees, submits in

duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1.and states:  Fast Fleet

Systems, Inc. has no publicly traded corporate parents, subsidiaries or affiliates.


Dated: July 10, 2007         **LAWRENCE P. THEES, ESQ**
                          Attorney for Defendant, Fast Fleet Systems, Inc.


                          By:_____/s/ Lawrence P. Thees_____
                          407 Green Avenue
                          Brielle, New Jersey 08730

732-489-7900, Fax 732-875-0753