UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

SILVEX DESIGNS, INC.,

    Plaintiff,

 -against-

FAST FLEET SYSTEMS, INC., and QUEBECOR
WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

    Defendants.

-against-


ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC and
EDWARD EGAN, individually

    Third-Party Defendants.
─────────────────────────────────────────x

07-cv-03740-UA-MDF

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

Defendant, Fast Fleet Systems, Inc. by and through its attorney Lawrence Thees, submits in duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1.and states: Fast Fleet Systems, Inc. has no publicly traded corporate parents, subsidiaries or affiliates.


Dated: July 10, 2007        **LAWRENCE P. THEES, ESQ**
                                    Attorney for Defendant, Fast Fleet Systems, Inc.


                                    By:____/s/ Lawrence P. Thees_____
                                    407 Green Avenue
                                    Brielle, New Jersey 08730
                                    732-489-7900, Fax 732-875-0753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SILVEX DESIGNS, INC.,                              07-cv-03740-UA-MDF

    Plaintiff,

 -against-                                              FRCP RULE 7.1
                                                                   DISCLOSURE STATEMENT

FAST FLEET SYSTEMS, INC., and QUEBECOR
WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

    Defendants.

-against-


ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC and
EDWARD EGAN, individually

    Third-Party Defendants.
_____x

Defendant, Fast Fleet Systems, Inc. by and through its attorney Lawrence Thees, submits in duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1.and states: Fast Fleet Systems, Inc. has no publicly traded corporate parents, subsidiaries or affiliates.


Dated: July 10, 2007           **LAWRENCE P. THEES, ESQ**
                                          Attorney for Defendant, Fast Fleet Systems, Inc.


                                          By:____/s/ Lawrence P. Thees_____
                                          407 Green Avenue
                                          Brielle, New Jersey 08730

732-489-7900, Fax 732-875-0753