AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SYLVEX DESIGNS, INC.,
Plaintiff,

-against-
FAST FLEET SYSTEMS, INC., and QUEBECOR
WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

Defendants.

-against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC and
EDWARD EGAN, individually
Third-Party Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07-cv-03740-UA-MDF

TO: (Name and address of Defendant)

Edward Egan
7 Burnside Avenue
Cranford, NJ 07061

**YOU ARE HEREBY SUMMONED** and required to serve on Third-Party Plaintiff's Attorney:

LAWRENCE P. THEES, ESQ
407 Green Avenue
Brielle, New Jersey 08730
732-489-7900, Fax 732-875-0753
Attorney for Third-Party Plaintiff, Fast Fleet Systems, Inc.

an answer to the complaint which is served on you with this summons, within ___thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   July 11, 2007

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS, RULE 7.1 DISCLOSURE STATEMENT, ANSWER, AMENDED COMPLAINT, THIRD PARTY COMPLAINT | |
| EFFECTED (1) BY ME: | RICARDO GONCALVES | |
| TITLE: | PROCESS SERVER | DATE: 08/16/2007 07:57PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

EDWARD EGAN

Place where served:

7 BURNSIDE AVENUE   CRANFORD NJ 07016

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EDWARD EGAN

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/16/2007

SIGNATURE OF RICARDO GONCALVES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/16/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY:   LAWRENCE P. THEES, ESQ.
PLAINTIFF:   SYLVEX DESIGNS, INC.
DEFENDANT:   FAST FLEET SYSTEMS, INC., ET AL
VENUE:   DISTRICT
DOCKET:   07 CV 03740 UA MDF

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.