Brian Del Gatto BD 7759
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| SILVEX DESIGNS, INC., | 07-cv-03740-UA-MDF |
| Plaintiff, | **PLAINTIFF SILVEX DESIGNS, INC.'S ANSWER TO COUNTERCLAIM OF DEFENDANT FAST FLEET SYSTEMS, INC.** |
| -against- | |
| FAST FLEET SYSTEMS, INC. and QUEBECOR WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS, | |
| Defendants. | |
| -against- | |
| ONE BEACON INSURANCE COMPANY, STATION OPERATOR SYSTEMS, INC., INTEGRITY TRANSPORT, INC. and EDWARD EGAN, individually | |
| Third-Party Defendants. | |

-----------------------------------------------------------------X

The Plaintiff, SILVEX DESIGNS, INC. by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, answering the Counterclaim of Defendant, Fast Fleet Systems, Inc., hereby responds and alleges upon information and belief, as follows:

1. Denies the allegations contained in paragraphs of the Counterclaim numbered "48" through "56", both inclusive.

WHEREFORE, Plaintiff Silvex Designs, Inc. prays:

1

83741.1

2.   That a judgment dismissing the Counterclaims of Defendant Fast Fleet, Inc. with prejudice and awarding costs, including attorney fees associated with defending the Counterclaims;

3.   That judgment may be entered in favor of Plaintiff against the Defendant, Fast Fleet, Inc., for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action; and

4.   That this Court grant to Plaintiff such other and further relief as may be just and proper.

Dated: Stamford, CT
       August 22, 2007

> THE PLAINTIFF,
> SILVEX DESIGNS, INC.
>
> By _____
> Brian Del Gatto BD 7759
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER, LLP
> 177 Broad Street, 6th Floor
> Stamford, CT 06901
> Brian.DelGatto@WilsonElser.com
> Tel: (203) 388-9100
> Fax: (203) 388-9101
> Our File No.: 09945.00001

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing was sent via U.S. Mail, postage prepaid, on the 23rd day of August, 2007 to the following:

Lawrence Peter Thees, Esq.
407 Green Avenue
Brielle, NJ 08730
(732) 489-7900
ltsail@aol.com
Attorney for Fast Fleet Systems, Inc.


Andrew Robert Brown, Esq.
Hill, Rivkins and Hayden
45 Broadway
New York, NY 10006
(212) 669-0617
abrown@hillrivkins.com
Attorneys for Quebecor World Logistics, Inc.

                                                                       _____
                                                                        Brian Del Gatto BD 7759

83741.1