AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SYLVEX DESIGNS, INC.,
Plaintiff,

-against-
FAST FLEET SYSTEMS, INC., and QUEBECOR WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS,

Defendants.

-against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC and
EDWARD EGAN, individually
Third-Party Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07-cv-03740-UA-MDF

TO: (Name and address of Defendant)

One Beacon Insurance Company
One Beacon Lane
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on Third-Party Plaintiff's Attorney:

LAWRENCE P. THEES, ESQ
407 Green Avenue
Brielle, New Jersey 08730
732-489-7900, Fax 732-875-0753
Attorney for Third-Party Plaintiff, Fast Fleet Systems, Inc.

an answer to the complaint which is served on you with this summons, within ___thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE   July 11, 2007

(BY) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of Erie** | **Supreme Court** |

Index Number: 1 2007 7498
Date Filed: _____

Plaintiff:
**Edward J. Schunk, et al**

vs.

Defendant:
**One Beacon Insurance Group, LLC**

For:
Guaranteed Subpoena Service, Inc.
2009 Morris Avenue
Union, NJ  01810

Received by Guaranteed Subpoena Service, Inc. on the 8th day of August, 2007 at 9:31 am to be served on **One Beacon Insurance Group LLC., One Beacon Lane Canton, MA 02021**.

I, Bernardino Lopes, being duly sworn, depose and say that on the **8th day of August, 2007 at 10:10 am, I:**

Served the within named corporation by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to Susan Holland as the paralegal authorized to accept service on behalf of within named corporation and compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 135, Hair: Brown, Glasses: Y

Subscribed and Sworn to before me on the 24th day of August, 2007 by the affiant who is personally known to me.



DARREN STOKES
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
AUGUST 21, 2010

_____
Bernardino Lopes
Civil Process Division

Guaranteed Subpoena Service, Inc.
2009 Morris Avenue
Union, NJ  01810
(800) 672-1952

Our Job Serial Number: 2007002084
Ref: 20070807130255
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f