Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Third-Party Defendant
OneBeacon Insurance Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
SILVEX DESIGNS, INC.

        Plaintiff,

                                            **ECF CASE**

v.

                                            07-cv-03740-UA-MDF

FAST FLEET SYSTEMS, INC. and QUEBECOR WORLD
LOGISTICS, INC. d/b/a/ Q.W. EXPRESS

        Defendants,

v.

ONEBEACON INSURANCE COMPANY, STATION
OPERATOR SYSTEMS, INC., INTEGRITY TRANSPORT,
INC. and EDWARD EGAN, individually,

        Third-Party Defendants.

-------------------------------------------------------------------------

**F.R.C.P. 7.1 DISCLOSURE STATEMENT**

Third Party Defendant, OneBeacon Insurance Company ("OneBeacon") by and through its attorneys, Barry N. Gutterman & Associates, P.C., submits its Disclosure Statement pursuant to the Federal Rule of Civil Procedure Rule 7.1 and states:

OneBeacon is an indirect wholly owned subsidiary of OneBeacon Insurance Group, Ltd., approximately 28% of the stock of which is traded on the New York Stock Exchange.

Approximately 72% of OneBeacon Insurance Group, Ltd. is indirectly owned by White Mountain Insurance Group, Ltd., a publicly held company whose stock is also traded on the New York Stock Exchange.  There is no other publicity held entity in the Company's affiliated group.

Dated: New York, New York
September 4, 2007

                                                By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (BG-6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York, 10165
(212) 983-1466 (phone)
(212) 983-1229 (fax)

Attorneys for Third-Party Defendant
OneBeacon Insurance Company

TO:    Brian Thomas Del Gatto
Wilson Elser, Moskowitz
Edelman & Dicker LLP
3 Gannet Drive
White Plans, NY 10604
(914) 323-7000
(914) 323-7001 (fax)
delgattob@wemed.com
Attorneys for Plaintiff

Lawrence Peter Thees
Lawrence P. Thees, Esq.
407 Green Avenue
Brielle, NJ 08730
(732) 489-7900
(732) 875-0753 (fax)
lstail@aol.com
Attorneys for Defendant Fast Fleet Systems, Inc.

2

Andrew Robert Brown
Hill, Rivkins and Hayden
45 Broadway
New York, New York 10006
(212) 669-0617
(212) 669-0699 (fax)
abrown@hillrivkins.com
Attorneys for Defendant Quebecor World Logistics, Inc.
d/b/a Q.W. Express

Station Operator Systems, Inc.
475 Division Street
Elizabeth, New Jersey 07201

Integrity Transport, Inc.
475 Division Street
Elizabeth, New Jersey 07201

Edward Egan
8 Burnside Court
Cranford, New Jersey 07016-2630

OB2722.7.1