Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Third-Party Defendant
OneBeacon Insurance Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
SILVEX DESIGNS, INC.

                Plaintiff,

                                                        **ECF CASE**

v.

                                                        **07-cv-03740-UA-MDF**

FAST FLEET SYSTEMS, INC. and QUEBECOR WORLD
LOGISTICS, INC. d/b/a/ Q.W. EXPRESS

                Defendants,

v.

ONEBEACON INSURANCE COMPANY, STATION
OPERATOR SYSTEMS, INC., INTEGRITY TRANSPORT,
INC. and EDWARD EGAN, individually,

                Third-Party Defendants.

-------------------------------------------------------------------------------

**ONEBEACON INSURANCE COMPANY'S ANSWER TO DEFENDANT
FAST FLEET SYSTEM INC'S THIRD-PARTY COMPLAINT**

      Third Party Defendant, OneBeacon Insurance Company ("OneBeacon") by its attorneys,

Barry N. Gutterman & Associates, P.C., for its Answer to the Third-Party Complaint of

Defendant Fast Fleet Systems, Inc. ("Fast") hereby responds and alleges as follows:

1-62. OneBeacon denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 1-62.

63. OneBeacon repeats and reallages its responses to paragraphs 1-62 as its response to paragraph 63.

64. OneBeacon denies the allegations in paragraph 64 of Fast's Third-Party Complaint, except admits that it issued a motor cargo liability policy to Fast.

65. OneBeacon denies the allegations in paragraph 65 of Fast's Third-Party Complaint, except admits that it has elected not to defend Fast in this action for the litigation pending in California.

66. OneBeacon denies the allegations in paragraph 66 of Fast's Third-Party Complaint.

67. OneBeacon denies the allegations in paragraph 67 of Fast's Third-Party Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

68. Fast fails to state a claim upon which relief can be granted against OneBeacon.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

69. Fast has failed to aver facts necessary to establish that OneBeacon breached a duty that resulted in plaintiff and/or Fast sustaining damages.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

70. OneBeacon has the sole option to defend Fast in accordance with the policy of insurance.

### AS AND FOR A FOURTH
### AFFIRMATIVE DEFENSE

71. The shipment of silver sterling jewelry is not covered property under the terms of the policy of insurance.

### AS AND FOR A FIFTH
### AFFIRMATIVE DEFENSE

72. OneBeacon, pursuant to the policy of insurance, has an option to defend Fast. As such, OneBeacon properly elected not to defend Fast.

### AS AND FOR A SIXTH
### AFFIRMATIVE DEFENSE

73. Fast has failed to comply with all of the requirements in the policy of insurance. As such, Fast is not entitled to recover on its claim against OneBeacon.

### AS AND FOR A SEVENTH
### AFFIRMATIVE DEFENSE

74. OneBeacon's liability, which is denied, is limited by the terms and conditions in the policy of insurance.

### AS AND FOR AN EIGHTH
### AFFIRMATIVE DEFENSE

75. This court lacks subject matter jurisdiction over Fast's claim for the litigation pending in California as referred to in paragraph 65 of Fast's Third-Party Complaint.

WHEREFORE, Third-Party Defendant OneBeacon Insurance Company prays for judgment: (1) dismissing the Third-Party Complaint, with prejudice, together with costs, expenses, interest, and attorneys' fees; and (2) for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 4, 2007

        By: /s/ Barry Gutterman
        Barry N. Gutterman, Esq. (BG-6410)
        Robert Briere, Esq. (RB6080)
        Barry N. Gutterman Associates, P.C.
        60 East 42nd Street, 46th Floor
        New York, New York, 10165
        (212) 983-1466 (phone)
        (212) 983-1229 (fax)

        Attorneys for Third-Party Defendant
        OneBeacon Insurance Company

To:    Brian Thomas Del Gatto
       Wilson Elser, Moskowitz
       Edelman & Dicker LLP
       3 Gannet Drive
       White Plans, NY 10604
       (914) 323-7000
       (914) 323-7001 (fax)
       delgattob@wemed.com
       Attorneys for Plaintiff

       Lawrence Peter Thees
       Lawrence P. Thees, Esq.
       407 Green Avenue
       Brielle, NJ 08730
       (732) 489-7900
       (732) 875-0753 (fax)
       lstail@aol.com
       Attorneys for Defendant Fast Fleet Systems, Inc.

       Andrew Robert Brown
       Hill, Rivkins and Hayden
       45 Broadway
       New York, New York 10006
       (212) 669-0617
       (212) 669-0699 (fax)
       abrown@hillrivkins.com
       Attorneys for Defendant Quebecor World Logistics, Inc.
       d/b/a Q.W. Express

Station Operator Systems, Inc.
475 Division Street
Elizabeth, New Jersey 07201

Integrity Transport, Inc.
475 Division Street
Elizabeth, New Jersey 07201

Edward Egan
8 Burnside Court
Cranford, New Jersey 07016-2630

OB2722.AAD