05654.000375

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SILVEX DESIGNS, INC.,                                    **07-cv-03740-UA-MDF**

       Plaintiff,

-against-

FAST FLEET SYSTEMS, INC. and
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

       Defendants.

       -against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC. and
EDWARD EGAN, individually

       Third-Party Defendants.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the Plaintiff's Initial Disclosures was served on the 28th day of September, 2007 via first-class mail, postage prepaid, on the following counsel or party of record addressed as follows:

| | |
|---|---|
| Lawrence Peter Thees, Esq. | Andrew R. Brown, Esq. |
| 407 Green Avenue | Hill Rivkins & Hayden LLP |
| Brielle, NJ 08730 | 45 Broadway – Suite 1500 |
| Ltsail@aol.com | New York, NY 10006 |
| ***Attorney for Defendant, Fast Fleet Systems, Inc.*** | abrown@hillrivkins.com |
| | ***Attorneys for Defendant, Quebecor World Logistics, Inc. d/b/a Q.W.Express*** |

87097.1

| | |
|---|---|
| Barry N. Gutterman, Esq.<br>Robert Briere, Esq.<br>Barry N. Gutterman & Associates, P.C.<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>BNGASSC@aol.com<br>*Attorneys for Defendant, OneBeacon Insurance Company* | *Defendants Station Operator Systems, Inc. and Integrity Transport, Inc.*<br>Station Operator Systems, Inc./Integrity Transport, Inc.<br>475 Division Street<br>Elizabeth, NJ 07201<br><br>*Defendant Edward Egan*<br>8 Burnside Court<br>Cranford, NJ 07016<br><br>THE PLAINTIFF,<br>SILVEX DESIGNS, INC.<br><br>By __/s/ Beata Shapiro_____<br>Beata Shapiro BS 2007<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>3 Gannett Drive<br>White Plains, NY 10604<br>Tel: (914) 323-7000<br>Fax: (914) 323-7001<br>Beata.Shapiro@WilsonElser.com<br>Our File No.: 09945.00001 |

2

87097.1
320446.1