Anthony J. Belkowski AB2676
**HEDINGER & LAWLESS**
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 759-8203
Fax: (212) 751-2984

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SILVEX DESIGNS, INC, <br><br> Plaintiff, <br><br> -against- <br><br> FAST FLEET SYSTEMS, INC., and QUEBECOR WORLD LOGISTICS, INC., d/b/a Q.W. EXPRESS <br><br> Defendants, <br><br> -against- <br><br> ONE BEACON INSURANCE COMPANY, STATION OPERATOR SYSTEMS, INC. INTEGRITY TRANSPORT, INC., and EDWARD EGAN, individually, <br><br> Third-Party Defendants. | Case No. 07-cv-03740-KMK-MDF <br><br><br><br><br><br><br><br> **CONSENT TO CHANGE OF ATTORNEY** |

---

LAW OFFICE OF
*HEDINGER & LAWLESS*

We, the undersigned, do hereby consent and agree that Lawrence P. Thees, Esq., attorney of record for the defendant Fast Fleet Systems, Inc., with offices located at 407 Green Avenue, Brielle, New Jersey 08730, be changed and that Hedinger & Lawless, Esqs. with offices located at 110 Wall Street, 11th Floor, New York, New York 10005-3817, be substituted as attorneys for Fast Fleet Systems, Inc., the defendant herein, in the place and stead of Lawrence P. Thees, Esq.

4156/3509gs

Dated: New York, New York
October 30, 2007

**LAWRENCE P. THEES**
Retiring Attorney for Defendant,
Fast Fleet Systems, Inc.

By: _____
     Lawrence P. Thees, Esq.

**FAST FLEET SYSTEMS, INC.**

By: _____
     (Name and Title)

LAW OFFICE OF
*HEDINGER*
&
*LAWLESS*

4156/3509gs