UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SILVEX DESIGNS, INC.,

       Plaintiff,

   -against-

FAST FLEET SYSTEMS, INC., and
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS,

       Defendants,

   -against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC., and,
EDWARD EGAN, individually,

       Third-Party
       Defendants.
-----------------------------------------------------------X

07-cv-03740-KMK-MDF

JOINT STIPULATION



     Counsel of record for all parties having appeared in the captioned matter, Plaintiff Silvex Designs, Inc., Defendants Fast Fleet Systems, Inc. and Quebecor World Logistics, Inc., d/b/a Q.W. Express, and Third Party Defendant One Beacon Insurance Co., pursuant to the Court's direction at the October 25, 2007, status/discovery conference, hereby stipulate to the following:

    1.    The parties hereby agree that they will amend their existing pleadings and/or file third-party complaints against any new party deemed necessary to this action, on or by Friday, November 9, 2007.

     Signed:

THE PLAINTIFF,
SILVEX DESIGNS, INC.

By: _____
Beata Shapiro BS-2007
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Beata.Shapiro@WilsonElser.com

Dated: _____, 2007

DEFENDANT,
FAST FLEET SYSTEMS, INC.

By: /s/ Anthony J. Belkowski
Anthony J. Belkowski AB2676
HEDINGER & LAWLESS
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 759-8203
Fax: (212) 751-2984
abelkowski@hedlaw.com

Dated: Nov. 2, 2007

DEFENDANT,
QUEBECOR WORLD LOGISTICS,
INC., d/b/a Q.W. EXPRESS

By: /s/ Andrew R. Brown
Andrew R. Brown AB-1644
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699
Abrown@hillrivkins.com

2

Dated: __November 5__, 2007



THIRD-PARTY DEFENDANT,
ONE BEACON INSURANCE CO.

By: _____
Barry N. Gutterman BG-6410
BARRY N. GUTTERMAN & ASSOC., P.C.
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel: (212) 983-1466
Fax: (212) 983-1229
BNGASSC@aol.com


Dated: _____, 2007

3

THE PLAINTIFF,
SILVEX DESIGNS, INC.

By: *Beata Shapiro* (signature)
Beata Shapiro BS-2007
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Beata.Shapiro@WilsonElser.com

Dated: October 30, 2007


DEFENDANT,
FAST FLEET SYSTEMS, INC.

By: _____

Dated: _____, 2007


DEFENDANT,
QUEBECOR WORLD LOGISTICS,
INC., d/b/a Q.W. EXPRESS

By: _____
Andrew R. Brown AB-1644
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699
Abrown@hillrivkins.com


Dated: _____, 2007

2

THIRD-PARTY DEFENDANT,
ONE BEACON INSURANCE CO.

By: _____
Barry N. Gutterman BG-6410
BARRY N. GUTTERMAN & ASSOC., P.C.
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel: (212) 983-1466
Fax: (212) 983-1229
BNGASSC@aol.com

Dated: 10/29/07 _____, 2007


So ORDERED

11/5/07

_____
MARK D. FOX
United States Magistrate Judge
Southern District of New York

3