UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

SYLVEX DESIGNS, INC.,

               Plaintiff,

    -v-

FAST FLEET SYSTEMS, INC.; QUEBECOR
WORLD LOGISTICS, INC.; STATION
OPERATOR SYSTEMS, INC.; INTEGRITY
TRANSPORT, INC.; EDWARD EGAN; and NICA,
INC.,

               Defendants.

Case No. 07 CV 3740 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      Pursuant to the Rule 21(a) of the Rules for the Division of Business Among District

Judges of the Southern District of New York, a civil case shall not be designated for assignment

to the White Plains Courthouse unless it falls into one of the following four categories:

> (i) The claim arose in whole or in major part in the Counties of Dutchess, Orange,
> Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at
> least one of the parties resides in the Northern Counties; or
> (ii) The claim arose in whole or in major part in the Northern Counties and none
> of the parties resides in this District... [or]
> (iii) The claim arose outside this district and at least some of the parties reside in
> the Northern Counties; or
> (iv) At least half of the parties reside in the Northern Counties.

Rule 21(a). All other civil cases shall be designated to Foley Square. *Id.*

      None of the claims alleged in the instant matter occurred in the Northern Counties. In

addition, Plaintiff and Defendants reside in Illinois, New Jersey, Massachusetts, and Manhattan,

not the Northern Counties. The only apparent rationale for filing this case in White Plains is the

convenience to Plaintiff's attorney, who operates out of his firm's White Plains and Stamford,

Connecticut offices.

In light of the above, this case has been improperly assigned to White Plains.  The Clerk of the Court is ORDERED to reassign the case to Foley Square.

SO ORDERED.

Dated:  November 14, 2007
        New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE