# MEMO ENDORSED

C//// ̄

Anthony J. Belkowski AB2676
HEDINGER & LAWLESS
110 Wall Street, 11ᵗʰ Floor
New York, New York 10005-3817
Tel: (212) 759-8203
Fax: (212) 751-2984



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SILVEX DESIGNS, INC,

            Plaintiff,

-against-

FAST FLEET SYSTEMS, INC., and
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS

            Defendants,

-against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.
INTEGRITY TRANSPORT, INC., and
EDWARD EGAN, individually,

            Third-Party Defendants.

---

Case No. 07-cv-03740-~~KMK-MDE~~

(DC)

**STIPULATION OF**
**DISCONTINUANCE AND ORDER**

LAW OFFICES OF
**HEDINGER**
**&**
**LAWLESS**

      IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned, the attorneys of record for defendant/third-party plaintiff, Fast Fleet

Systems, Inc. and third-party defendants, Station Operator Systems, Inc. and Edward

Egan, in the above-entitled action, that whereas none of the aforesaid parties hereto is an

infant or incompetent person for whom a committee has been appointed and no person

not a party has an interest in the subject matter of this action, the third-party Complaint in

the above-entitled action be, and the same hereby is discontinued without prejudice and

without costs to either party as against the other.

**HEDINGER & LAWLESS**
Attorneys for Defendant/
Third-Party Plaintiff,
Fast Fleet Systems, Inc.

**FRIERI CONROY & LOMBARDO, LLC**
Attorneys for Third-Party Defendants,
Station Operator Systems, Inc. and
Edward Egan

By: _Anthony J. Belkowski_
    Anthony J. Belkowski

By: _John R. Frieri_
    John R. Frieri, Esq.

**SO ORDERED:**
Dated: New York, New York
     December ___, 2007

11/29/07

Hon. Douglas P. Eaton, U.S.M.J. U.S D J

11/29/07

4156/3708gs