COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF: **SOUTHERN DIST. OF NY** ATTORNEY: **BRIAN DEL GATTO, ESQ.**

| | | |
|---|---|---|
| **SILVEX DESIGNS** <br> - against - <br> **FAST FLEET SYSTEMS, INC., ET AL** | Petitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) | **AFFIDAVIT OF SERVICE** <br><br> INDEX# <br> 07CV03740 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

RICARDO GONCALVES_____ , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _____ .
That on date/time: 11/11/2007  11:20AM___ , at 7 BURNSIDE COURT   CRANFORD   NJ   07016
deponent served the within: SUMMONS AND THIRD AMENDED COMPLAINT, EXHIBITS
    [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: EDWARD EGAN _____
                      [ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A  [ ]**
**EXHIBITS** _____

By personally delivering to and leaving with said EDWARD EGAN _____
and that he knew the person so served to be the person mention and described in said SUMMONS AND THIRD AMENDED COMPLAINT, _____

**CORPORATION**
**B  [ ]**

By delivering to and leaving with _____
at _____
and that he knew the person so served to be the DAUGHTER _____ of the corporation.

**SUITABLE**
**AGE PERSON**
**C  [X]**

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with JESSICA EGAN _____
a person of suitable age and discretion at 7 BURNSIDE COURT   CRANFORD   NJ   07016 _____
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO**
**DOOR, ETC.**
**D  [ ]**

By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at:    1. _____    2. _____    3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO**
**RESIDENCE**
**E1  [ ]**
Use with C or D

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 11/11/2007___ .

**MAILING TO**
**BUSINESS**
**E2  [ ]**
Use with C or D

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 11/11/2007___ .

**F  [X]**

DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT**
**DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [X] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [X] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [X] Moustache | [ ] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [X] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [ ] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: MOUSTACHE

**WITNESS FEE**
**G  [ ]**

Witness fee of $0   the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient   [ ] was mailed to the witness with subpoena copy.

**MILITARY**
**SERVICE**
**[X]**

I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

12 _____ day of November _____ , 2007

Notary Signature: _____

Name of Notary _____
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires Oct. 2, 2011

I, _____ RICARDO GONCALVES,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____ 11/12/2007
Signature of Process Server    Date

RN

COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF: **SOUTHERN DIST. OF NY** ATTORNEY: **BRIAN DEL GATTO, ESQ.**

2007910915 4 6 5 7

| | | |
|---|---|---|
| **SILVEX DESIGNS**<br>- against -<br>**FAST FLEET SYSTEMS, INC., ET AL** | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br><br>INDEX#<br>07CV03740 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

RICARDO GONCALVES_____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ___NJ___.
That on date/time: 11/12/2007  10:40AM , at 475 DIVISION STREET  ELIZABETH  NJ  072##
deponent served the within: SUMMONS AND THIRD AMENDED COMPLAINT, EXHIBITS
    [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: STATION OPERATORS SYSTEMS _____
             [ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A   [ ]**
By  personally delivering to and leaving with said STATION OPERATORS SYSTEMS _____
and that he knew the person so served to be the person mention and described in said SUMMONS AND THIRD AMENDED COMPLAINT, EXHIBITS _____

**CORPORATION**
**B   [X]**
By delivering to and leaving with SHERI EGAN _____
at 475 DIVISION STREET  ELIZABETH  NJ  072## _____
and that he knew the person so served to be the MANAGING AGENT _____ of the corporation.

**SUITABLE**
**AGE PERSON**
**C   [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York.

**AFFIXING TO**
**DOOR, ETC.**
**D   [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at:    1. _____ 2. _____ 3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO**
**RESIDENCE**
**E1   [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 11/12/2007 .

**MAILING TO**
**BUSINESS**
**E2   [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 11/12/2007 .

**F   [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT**
**DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [X] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [X] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [ ] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE**
**G   [ ]**
Witness fee of $0   the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY**
**SERVICE**
**[X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

12 _____ day of November _____ , 2007

Notary Signature: _____

Name of Notary _____ LEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011
          Commission Expiration

I, _____ RICARDO GONCALVES,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____ Signature of Process Server

11/12/2007
Date

R M

COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF: **SOUTHERN DIST. OF NY** ATTORNEY: **BRIAN DEL GATTO, ESQ.**

‖‖‖‖‖‖‖ 2 0 0 7 P 1 0 9 1 5 5 1 4 2

| | | |
|---|---|---|
| SILVEX DESIGNS <br> - against - <br> FAST FLEET SYSTEMS, INC., ET AL | Petitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) | **AFFIDAVIT OF SERVICE** <br><br> INDEX# <br> 07CV03740 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

RICARDO GONCALVES____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in __NJ__.
That on date/time: 11/12/2007  10:40AM__, at 475 DIVISION STREET  ELIZABETH  NJ  072##
deponent served the within: SUMMONS AND THIRD AMENDED COMPLAINT, EXHIBITS
   [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: INTEGRITY TRANSPORT
   [ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
By personally delivering to and leaving with said INTEGRITY TRANSPORT
and that he knew the person so served to be the person mention and described in said SUMMONS AND THIRD AMENDED COMPLAINT, EXHIBITS

**CORPORATION B [X]**
By delivering to and leaving with SHERI EGAN
at 475 DIVISION STREET  ELIZABETH  NJ  072##
and that he knew the person so served to be the MANAGING AGENT of the corporation.

**SUITABLE AGE PERSON C [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at:     1. _____  2. _____  3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 11/12/2007____ .

**MAILING TO BUSINESS E2 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 11/12/2007____ .

**F [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [X] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [X] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [ ] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

12____ day of November____ , 2007

Notary Signature: _____

Name of Notary: ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires Oct. 2, 2011

I, _____ RICARDO GONCALVES,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

Signature of Process Server        Date 11/12/2007

R N

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/13/07 |
| NAME OF SERVER (PRINT)  John Rymaszewski | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ALISON THISTLE, LEGAL DEPT., NICA, 761 GRANITE ST., BRAINTREE, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/13/07_
Date

Signature of Server _John Rymaszewski_

SUVALLE JODREY
P.O. BOX 869103
MILTON, MA 02186

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.