**MANDELBAUM, SALSBURG,
GOLD, LAZRIS & DISCENZA, P.C.**
155 Prospect Avenue
West Orange, NJ 07052
(973) 736-4600
Attorneys for Defendant NICA, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVEX DESIGNS, INC., <br><br> Plaintiff, <br> -against- <br><br> FAST FLEET SYSTEMS, INC., QUEBECOR WORLD LOGISTICS, INC. d/b/a Q.W. EXPRESS, STATION OPERATOR SYSTEMS, INC., INTEGRITY TRANSPORT, INC., EDWARD EGAN, individually, NICA, INC., JIRARI CORP., and HICHAN JIRARI, individually, <br><br> Defendants. | Civil Action No. 07-cv-03740 |
| FAST FLEET SYSTEMS, INC., <br><br> Third-Party Plaintiff, <br> -against- <br><br> ONE BEACON INSURANCE COMPANY, EDWARD EGAN, individually, STATION OPERATOR SYSTEMS, INC., and INTEGRITY TRANSPORT, INC., <br><br> Third-Party Defendants. | |
| QUEBECOR WORLD LOGISTICS, INC., <br><br> Third-Party Plaintiff, <br> -against- <br><br> STATION OPERATOR SYSTEMS, INC., INTEGRITY TRANSPORT, INC., EDWARD EGAN, individually, HICHAM JIRARI, individually, JIRARI CORP., and NICA, INC., <br><br> Third-Party Defendants. | |

## CONSENT ORDER EXTENDING
## TIME TO ANSWER PLAINTIFF'S COMPLAINT

THIS MATTER having come before the Court upon the request of counsel for Defendant NICA, Inc. for an extension time to file an Answer or otherwise respond to the Third Amended Complaint, and counsel for Plaintiff Silvex Designs, Inc. having consented to said request, and good cause appearing,

IT IS on this ____ day of December 2007,

ORDERED as follows:

The time for Defendant NICA, Inc. to file an Answer or otherwise respond to the Third Amended Complaint is hereby extended to December 21, 2007

_____, U.S.D.J.

We hereby consent to the
form and entry of the within Order.

WILSON, ELSER, MOSKOWITZ,
EDELMAN, DICKER, LLP
Attorney for Plaintiff

By: /s/ BRIAN DEL GATTO

MANDELBAUM, SALSBURG,
GOLD, LAZRIS & DISCENZA, P.C
Attorneys for Defendant NICA, Inc.

By: /s Lance N. Olitt
    WILLIAM H. HEALEY
#266407 LANCE N. OLITT