MANDELBAUM, SALSBURG,
GOLD, LAZRIS & DISCENZA, P.C.
155 Prospect Avenue
West Orange, NJ 07052
(973) 736-4600
Attorneys for Defendant NICA, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SILVEX DESIGNS, INC.,

    Plaintiff,

-against-

FAST FLEET SYSTEMS, INC.,
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS, STATION
OPERATOR SYSTEMS, INC., INTEGRITY
TRANSPORT, INC., EDWARD EGAN,
individually, NICA, INC., JIRARI CORP., and
HICHAN JIRARI, individually,

    Defendants.

Civil Action No. 07-cv-03740

FAST FLEET SYSTEMS, INC.,

    Third-Party Plaintiff,

-against-

ONE BEACON INSURANCE COMPANY,
EDWARD EGAN, individually, STATION
OPERATOR SYSTEMS, INC., and
INTEGRITY TRANSPORT, INC.,

    Third-Party Defendants.

QUEBECOR WORLD LOGISTICS, INC.,

    Third-Party Plaintiff,

-against-

STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC., EDWARD
EGAN, individually, HICHAM JIRARI,
individually, JIRARI CORP., and NICA, INC.,

    Third-Party Defendants.

**CONSENT ORDER EXTENDING
TIME TO ANSWER THIRD-PARTY PLAINTIFF'S COMPLAINT**

THIS MATTER having come before the Court upon the request of counsel for Third-Party Defendant NICA, Inc. for an extension time to file an Answer or otherwise respond to the Third-Party Complaint, and counsel for Third-Party Plaintiff Quebecor World Logistics, Inc. having consented to said request, and good cause appearing,

IT IS on this ____ day of December 2007,

ORDERED as follows:

The time for Third-Party Defendant NICA, Inc. to file an Answer or otherwise respond to the Third-Party Complaint filed by Third-Party Plaintiff Quebecor World Logistics, Inc. is hereby extended to December 21, 2007

_____ ,U.S.D.J.

We hereby consent to the
form and entry of the within Order.

HILL RIVKINS & HAYDEN LLP
Attorney for Third-Party Plaintiff Quebecor World Logistics, Inc.

By: _____
    ANDREW BROWN

MANDELBAUM, SALSBURG,
GOLD, LAZRIS & DISCENZA, P.C.
Attorneys for Third-Party Defendant NICA, Inc.

By: /s Lance N. Olitt
    WILLIAM H. HEALEY
#266421  LANCE N. OLITT