UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SILVEX DESIGNS, INC., Plaintiff, -v- FAST FLEET SYSTEMS, INC., ET AL. Defendant. | Case No. 07-3740(DC)(DFE) **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NICA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No corporate parent.

**Date:** 12-20-2007

/s Lance N. Olitt
**Signature of Attorney**

**Attorney Bar Code:** L06193