# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE: | NOVEMBER 24, 2007 |
|---|---|---|
| NAME OF SERVER<br>RICHARD SAN FILLIPO | TITLE: | Process Server |

Check one box below to indicate appropriate method of service.

Name of defendant being served:
EDWARD EGAN

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Summons and Complaint were left:
7 BURNSIDE COURT, CRANFORD, NJ 07016 BY SERVING JESSICA EGAN, DAUGHTER OF DEFENDANT

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty or perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: NOVEMBER 26, 2007

*(signature)*
RICHARD SAN FILLIPO
517 SOUTH LIVINGSTON AVENUE
LIVINGSTON, NEW JERSEY 07039

*(signature)*
MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 22, 2011

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.