AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, EXHIBITS |
| EFFECTED (1) BY ME: | Dennis Pacheco |
| TITLE: | PROCESS SERVER |
| DATE: | 11-27-07 @ 9:30 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
NICA, INC. by serving Melissa Neff as Paralegal

Place where served:
761 Granite St., Braintree, MA 02184

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 26   HEIGHT: 5'5"   WEIGHT: 130   SKIN: Wht   HAIR: Red   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/27/2007

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | ANTHONY J. BELKOWSKI, ESQ. |
| PLAINTIFF: | SILVEX DESIGNS, INC. |
| DEFENDANT: | FAST FLEET SYSTEMS, INC., ET AL |
| VENUE: | NEW YORK |
| DOCKET: | 07 CV 03740 KMK MDF |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.