# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me 1 | DATE: NOVEMBER 21, 2007 |
|---|---|
| NAME OF SERVER<br>RICHARD SAN FILLIPO | TITLE:<br>Process Server |

Check one box below to indicate appropriate method of service.

Name of defendant being served:
**INTEGRITY TRANSPORT INC**

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
**475 DIVISION STREET, ELIZABETH, NJ 07201 BY SERVING ED EGAN, MANAGER**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty or perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: **NOVEMBER 26, 2007**

*[signature]*

MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 22, 2011

*[signature]*
RICHARD SAN FILLIPO
517 SOUTH LIVINGSTON AVENUE
LIVINGSTON, NEW JERSEY 07039

1 As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

≋AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF

Silvex Designs, Inc.,

DEFENDANT AND THIRD PARTY PLAINTIFF

Fast Fleet Systems, Inc., and Quebecor
World Logistics, Inc., d/b/a Q.W. Express

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:  07-cv-03740-KMK-MF

THIRD PARTY DEFENDANT

Station Operator Systems, Inc., Integrity Transport,
Inc., Edward Egan, Individually, Hicham Jirari,
Individually, Jirari Corp., and, NICA, Inc.

To: Name and address of Third Party Defendant

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY  10604

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Andrew R. Brown  (For Defendant Quebecor)
Hill Rivkins & Hayden LLP
45 Broadway - Suite 1500
New York, NY  10006

CC:
Anthony Belkowski (For Defendant Fast Fleet)
Hedinger & Lawless
110 Wall Street - 11th Floor
New York, NY  10005

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                    *Barbara J. Ryan*

BY) DEPUTY CLERK

DATE    11-09-07