AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 19, 2007 |
| NAME OF SERVER Adam P. Loomis | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:
NICA Inc., 703 Granite St., Suite 300, Braintree, Mass. 02184 served to Allison Thisle Authorized to accept service.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00    65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/19, 2007
              Date

Signature of Server

PO Box 339, Weymouth, Mass. 02188

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⬧AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF

   Silvex Designs, Inc.,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

   Fast Fleet Systems, Inc., and Quebecor
   World Logistics, Inc., d/b/a Q.W. Express

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 07-cv-03740-KMK-MF

V  THIRD PARTY DEFENDANT

   Station Operator Systems, Inc., Integrity Transport,
   Inc., Edward Egan, Individually, Hicham Jirari,
   Individually, Jirari Corp., and, NICA, Inc.

To: Name and address of Third Party Defendant

   SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Brian Del Gatto<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, NY 10604 | Andrew R. Brown (For Defendant Quebecor)<br>Hill Rivkins & Hayden LLP<br>45 Broadway - Suite 1500<br>New York, NY 10006<br><br>CC:<br>Anthony Belkowski (For Defendant Fast Fleet)<br>Hedinger & Lawless<br>110 Wall Street - 11th Floor<br>New York, NY 10005 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     11-09-07
CLERK                                                                           DATE
_Barbara J. Ryan_
(By) DEPUTY CLERK