Anthony J. Belkowski AB2676
**HEDINGER & LAWLESS**
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 759-8203
Fax: (212) 751-2984

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SILVEX DESIGNS, INC**,

      Plaintiff,

-against-

**FAST FLEET SYSTEMS, INC.,
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS, STATION
OPERATOR SYSTEMS, INC., INTEGRITY
TRANSPORT, INC., EDWARD EGAN,
individually, NICA, INC., JIRARI CORP.,
and HICHAM JIRARI, individually,**

      Defendants,

---

**FAST FLEET SYSTEMS, INC.,**

      Third-Party Plaintiff,

-against-

**ONE BEACON INSURANCE COMPANY,
NICA, INC., JIRARI CORP., and HICHAM
JIRARI, individually,**

      Third-Party Defendants.

---

Case No. 07-cv-03740-DC-DFE

**AFFIDAVIT OF SERVICE**

LAW OFFICE OF
*HEDINGER
&
LAWLESS*

  Gabrielle R. Schaffer being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Morristown, New Jersey.

  On January 3, 2008, I served a true copy of defendant, Fast Fleet Systems, Inc.'s Answer to Plaintiff's Third Amended Complaint, Counterclaim, Crossclaims and Third Party Complaint via overnight delivery. The addresses are indicated below:

**Brian T. DelGatto, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Three Gannett Drive
White Plains, New York 10604

**Lance N. Olitt, Esq.**
Mandelbaum, Salsburg, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052

**Andrew Robert Brown, Esq.**
Hill, Rivkins and Hayden
45 Broadway
New York, New York 10006

**Barry N. Gutterman, Esq.**
Barry N. Gutterman Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York 10165

_____
Gabrielle R. Schaffer

Subscribed and sworn to before me this
3rd day of January, 2008.

JOSEPH M. BOYAN
Notary Public State of New York
No. 02806089060
Qualified in New York County
Commission Expires 3/17/2011

_____

LAW OFFICE OF
HEDINGER
&
LAWLESS

4156/3927gs                                           2