| Attorney: | BOB BLUM, ESQ. |
|---|---|
| Attorney For: | HILL RIVKINS & HAYDEN LLP |
| Address: | 45 BROADWAY, SUITE 1500 |
| | NEW YORK, NY 10006 |
| Phone #: | 212-669-0600 |
| Fax #: | 212-669-0698 |

SILVEX DESIGNS, INC.,

Plaintiff(s),

vs.

FAST FLEET SYSTEMS, INC., ET ALS.,

Defendant(s).

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

DOCKET #: 07-CV-03740-KMK-MF

# AFFIDAVIT OF SERVICE

**Person to be served:**
HICHAM JIRARI
1517 71ST STREET, NORTH BERGEN, NJ 07047

**Papers Served:**
THIRD PARTY SUMMONS IN A CIVIL ACTION, RIDER TO THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT WITH EXHIBITS 1 AND 2

**Service Data:**
Served Successfully __X__  Not Served _____  Date __DECEMBER 21, 2007__  Time _____

__X__ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & relationship at right)

Attempts: _____

Name of Person Served and relationship/title:

**HICHAM JIRARI**

**Description of Person Accepting Service:**
Sex _____ Skin Color _____ Height _____ Weight _____ Age _____ Hair Color _____
Dist. Chara.: _____

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: Date _____ Time _____
                    Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

**Server Data:**
Sworn and subscribed to before me
this __24__ day of __DECEMBER__, 20 __07__

_____(signed)_____
MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 22, 2011

I, **M. AL-HOMSI**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty or perjury that the foregoing is true and correct.

_____(signed)_____
M Al-Homsi

%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

PLAINTIFF

Silvex Designs, Inc.,

DEFENDANT AND THIRD PARTY PLAINTIFF

Fast Fleet Systems, Inc., and Quebecor
World Logistics, Inc., d/b/a Q.W. Express

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-cv-03740-KMK-MF

THIRD PARTY DEFENDANT

Station Operator Systems, Inc., Integrity Transport, Inc., Edward Egan, Individually, Hicham Jirari, Individually, Jirari Corp., and, NICA, Inc.

To: Name and address of Third Party Defendant

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Brian Del Gatto
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Andrew R. Brown (For Defendant Quebecor)
Hill Rivkins & Hayden LLP
45 Broadway - Suite 1500
New York, NY 10006

CC:
Anthony Belkowski (For Defendant Fast Fleet)
Hedinger & Lawless
110 Wall Street - 11th Floor
New York, NY 10005

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     *[signature]* Barbara J. Ryan

DATE     11-09-07

BY DEPUTY CLERK