# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVEX DESIGNS, INC.<br><br>       Plaintiff,<br><br>       v.<br><br>FAST FLEET SYSTEMS, INC., ET AL.<br><br>       Defendants. | Case No.: 07-3740(DC)<br><br>APPEARANCE |

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for NICA, Inc.

   I certify that I am admitted to practice in this court.


   January 7, 2008                                                /s William H. Healey (WH3043)
Date                                                             William H. Healey, Esq.
                                                                 Mandelbaum, Salsburg,
                                                                 Gold, Lazris & Discenza, P.C.