CHIN/T

DEC. 20. 2007 : 5:25PM    WILSON ELSER MOSKOWITZ EDELMAN    NO. 7841  P. 4

# MEMO ENDORSED

Anthony J. Belkowski AB2676
**HEDINGER & LAWLESS**
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 759-8203
Fax: (212) 751-2984

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

SILVEX DESIGNS, INC.

                    Plaintiff,

-against-

FAST FLEET SYSTEMS, INC.,
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS, STATION
OPERATOR SYSTEMS, INC., INTEGRITY
TRANSPORT, INC., EDWARD EGAN,
individually, NICA, INC., JIRARI CORP.,
and HICHAM JIRARI, individually,

                    Defendants.

Case No. 07-cv-03740 (DC)

**CONSENT ORDER**

FAST FLEET SYSTEMS, INC.,

                    Third-Party Plaintiff,

-against-

ONE BEACON INSURANCE COMPANY,

                    Third-Party Defendant.

QUEBECOR WORLD LOGISTICS, INC.,

                    Third-Party Plaintiff,

-against-

STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC., EDWARD
EGAN, individually, HICHAM JIRARI,
individually, JIRARI CORP., and NICA,
INC.

                    Third-Party Defendants.

LAW OFFICES OF
**HEDINGER
&
LAWLESS**

RECEIVED TIME DEC. 20.   5:03PM

DEC. 20. 2007 5:25PM    WILSON ELSER MOSKOWITZ EDELMAN              NO. 7841   P. 5

THIS MATTER having come before the Court upon the request of counsel for

defendant Fast Fleet Systems, Inc. for an extension of time to file an Answer or otherwise

respond to the Third Amended Complaint, and counsel for plaintiff, Silvex Designs, Inc.

having consented to said request, and good cause appearing,

IT IS on this __21__ day of December, 2007,

ORDERED that the time for defendant Fast Fleet Systems, Inc. to file an Answer

or otherwise respond to the Third Amended Complaint is hereby extended to January 4,

2008.

_____ , U.S.D.J.    1/9/08

We hereby consent to the form and entry of the within Order.

WILSON, ELSER, MOSKOWITZ,          HEDINGER & LAWLESS
EDELMAN & DICKER, LLP              Attorneys for Defendant,
Attorneys for Plaintiff,          Fast Fleet Systems, Inc.
Silvex Designs, Inc.

By: _____              By: _____
    Brian T. Del Gatto, Esq.           Anthony J. Walkowski, Esq.

Dated: December 21, 2007           Dated: December 20, 2007

LAW OFFICE OF
**HEDINGER**
**&**
**LAWLESS**

4156/3852gs                        2

RECEIVED TIME  DEC. 20.   5:03PM