Anthony J. Pruzinsky (AP-8534)
Andrew R. Brown (AB-1644)
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York  10006
Telephone:   212-669-0600
Facsimile:   212-669-0699

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SILVEX DESIGNS, INC.,

       Plaintiff,                                         07-cv-03740-DC-DFE

       -against-

FAST FLEET SYSTEMS, INC., and
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS,                                      **SUGGESTION OF BANKRUPTCY**

       Defendants,

       -against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC.,
EDWARD EGAN, individually,
HICHAM JIRARI, individually,
JIRARI CORP., and
NICA, INC.,

       Third-Party Defendants.
-----------------------------------------------------------X

       **PLEASE TAKE NOTICE** that on January 21, 2008, Defendant Quebecor World Logistics, Inc., d/b/a Q.W. Express filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.  The Chapter 11 case is styled as <u>In re Quebecor World (USA) Inc., et al.</u>, Case No. 08-10152 (JMP) (jointly administered).  Accordingly,

1

pursuant to 11 U.S.C. § 362, all proceedings in this case against Defendant Quebecor World Logistics, Inc., d/b/a Q.W. Express are automatically stayed.

Dated: New York, New York
January 31, 2008

                        Hill Rivkins & Hayden LLP
                        Attorneys for Defendant
                        QUEBECOR WORLD LOGISTICS, INC.,
                        d/b/a Q.W. EXPRESS

By: _____
      Andrew R. Brown (AB-1644)
      Anthony J. Pruzinsky (AP-8534)

45 Broadway – Suite 1500
New York, New York  10006
Telephone:   212-669-0600
Facsimile:   212-669-0699