Brian Del Gatto BD 7759
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SILVEX DESIGNS, INC.,

        Plaintiff,

-against-

FAST FLEET SYSTEMS, INC. and
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

        Defendants.

-against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC. and
EDWARD EGAN, individually

        Third-Party Defendants.
-------------------------------------------------------------X

07-cv-03740-UA-MDF

**PLAINTIFF SILVEX**
**DESIGNS, INC.'S ANSWER**
**TO COUNTERCLAIM OF**
**JANUARY 3, 2008**
**OF DEFENDANT**
**FAST FLEET SYSTEMS, INC.**

        The Plaintiff, SILVEX DESIGNS, INC. by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, answering the Counterclaim of January 3, 2008 of the Defendant, Fast Fleet Systems, Inc. (hereinafter "Fast Fleet"), hereby responds and alleges upon information and belief, as follows:

### AS FOR THE FIRST COUNTERCLAIM

    1.    Plaintiff denies the allegations contained in paragraphs of the Counterclaim of January 3, 2008 numbered "109" through "110", both inclusive.

1

99511.1

2. Plaintiff does not have sufficient information or belief to respond to the allegations contained in paragraph of the Counterclaim of January 3, 2008 numbered "111".

3. Plaintiff admits that first allegation of the paragraph of the Counterclaim of January 3, 2008 numbered "112" regarding its knowledge of the contents of the shipment in questions. Denies the second allegation of the paragraph of the Counterclaim of January 3, 2008 numbered "112" regarding any intent to mislead Fast Fleet.

4. Plaintiff denies the allegations contained in paragraph of the Counterclaim of January 3, 2008 numbered "113".

5. Plaintiff denies the allegations contained in paragraph of the Counterclaim of January 3, 2008 numbered "114".

## AS FOR THE SECOND COUNTERCLAIM

6. Plaintiff repeats and incorporates herein paragraphs 1 through 5 of its Answer to Fast Fleet's Counterclaim of January 3, 2008.

7. Plaintiff denies the allegations contained in paragraph of the Counterclaim of January 3, 2008 numbered "116".

8. Plaintiff denies the allegations contained in paragraph of the Counterclaim of January 3, 2008 numbered "117".

WHEREFORE, Plaintiff Silvex Designs, Inc. prays:

9. That a judgment dismissing the Counterclaims January 3, 2008 of Defendant Fast Fleet, Inc. with prejudice and awarding costs, including attorney fees associated with defending these Counterclaims;

10. That judgment may be entered in favor of Plaintiff against the Defendant, Fast Fleet, Inc., for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action; and

11. That this Court grant to Plaintiff such other and further relief as may be just and proper.

Dated: Stamford, CT
       January 30, 2008

                        THE PLAINTIFF,
                        SILVEX DESIGNS, INC.

By _____
Brian Del Gatto BD 7759
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Brian.DelGatto@WilsonElser.com
Tel: (203) 388-9100
Fax: (203) 388-9101
Our File No.: 09945.00001

99511.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing instrument was filed via the court's CM/ECF system which will send notifications of such filing to the following individual(s):

Andrew Robert Brown, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway
New York, NY 10006
(212) 669-0617
Fax: (212)-669-0699
abrown@hillrivkins.com
Attorneys for Defendant Quebecor World Logistics, Inc.

Anthony J. Belkowski
Hedinger & Lawless
110 Wall Street, 11th Floor
New York, NY 1005-3817
(212) 759-8203
Fax: (212)-751-2984
Email: abelkowski@hedlaw.com
and
Lawrence P. Thees, Esq.
407 Green Avenue
Brielle, NJ 08730
(732)-489-7900
Fax: (732)-875-0753
Email: ltsail@aol.com
Attorneys for Defendant Fast Fleet Systems, Inc.

William H. Healey
Lance N. Olitt
Mandelbaum, Salsburg, , PC
155 Prospect Avenue
West Orange, NJ 07052
(732)-933-1515
Fax: (973) 325-7467
Email: whealey@msgld.com
Email: lolitt@msgld.com
Attorneys for Defendant NICA, Inc.

Barry Neil Gutterman
Barry N Gutterman & Associates, P.C
The Lincoln Building
60 East 42nd Street, 46th Floor

99511.1

New York, NY 10165
(212)-983-1466
Fax: (212)-983-1229
Email: bngassc@aol.com
Attorneys for Third Party Defendant One Beacon

_____
Brian Del Gatto BD 7759

99511.1