Anthony J. Pruzinsky (AP-8534)
Andrew R. Brown (AB-1644)
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York  10006
Telephone:    212-669-0600
Facsimile:     212-669-0699

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SILVEX DESIGNS, INC.,

        Plaintiff,

  -against-

FAST FLEET SYSTEMS, INC.,
QUEBECOR WORLD LOGISTICS, INC.,
d/b/a Q.W. EXPRESS, ONE BEACON
INSURANCE COMPANY, STATION
OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC.,
EDWARD EGAN, individually,
HICHAM JIRARI, individually,
JIRARI CORP., and
NICA, INC.,

        Defendants.
------------------------------------------------------------X

07-cv-03740-DC-DFE

**DEFENDANT QUEBECOR**
**WORLD LOGISTICS, INC.,**
**d/b/a/ Q.W. EXPRESS'**
**ANSWER TO DEFENDANTS**
**STATION OPERATOR SYSTEMS,**
**INC., INTEGRITY TRANSPORT,**
**INC., and EDWARD EGAN'S**
<u>**CROSS CLAIMS**</u>

      Defendant Q.W. Express, a division of Quebecor World Logistics, Inc. ("QWE"), by and through its attorneys Hill Rivkins & Hayden LLP, as and for its Answer to the Cross-Claims of Defendants Station Operator Systems, Inc. ("Station"), Integrity Transport, Inc. ("Integrity"), and Edward Egan ("Egan"), hereby responds and alleges as follows:

## CROSSCLAIM FOR INDEMNIFICATION

1. Defendant QWE denies all allegations set forth in Station, Integrity, and Egan's Crossclaim for Indemnification.

## CROSSCLAIM FOR DECLARATORY JUDGMENT

2. Defendant QWE denies the allegations set forth in Station, Integrity, and Egan's Crossclaim for Contribution.

## FIRST AFFIRMATIVE DEFENSE

3. Station, Integrity, and/or Egan fail to state a claim, in whole or part, upon which relief can be granted against Defendant QWE.

## SECOND AFFIRMATIVE DEFENSE

4. Station, Integrity, and/or Egan's claims are barred by the applicable statue of limitations and/or the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

5. Station, Integrity, and/or Egan have failed to mitigate their potential liability.

## FOURTH AFFIRMATIVE DEFENSE

6. Any damages that will allegedly be sustained by Station, Integrity, and/or Egan are the result of acts, errors, omissions, or breaches by other third parties, persons or entities over which Defendant QWE has and had no control and for whose conduct Defendant QWE has and had no responsibility.

## FIFTH AFFIRMATIVE DEFENSE

7. If any shortage and/or damage and/or loss was sustained by the shipment referred to in the Plaintiff's Third Amended Complaint, which is denied, such shortage, and/or damage,

and/or loss was caused by or contributed to by Station, Integrity, and/or Egan, or others acting on Station, Integrity, and/or Egan's behalf.

### SIXTH AFFIRMATIVE DEFENSE

8.     Defendant QWE reserves its rights to amend its answer to add additional or other defenses; to delete or withdraw defenses; and to add counterclaims and cross-claims as they may become necessary after reasonable opportunity for appropriate discovery.

W H E R E F O R E, Defendant QWE prays for a judgment:

1.     Dismissing the Cross-Claims of Defendants Station, Integrity, and Egan with prejudice and awarding costs, including attorneys' fees associated with defending the Cross-Claims;

2.     Giving judgment to Defendant QWE against Defendants Station, Integrity, and Egan on the Cross Claim together with costs, expenses, interest, attorneys' fees; and,

3.     For such other and further relief as this Court deems just and proper.

Dated:  New York, New York
         April 1, 2008

                        Hill Rivkins & Hayden LLP
                        Attorneys for Defendant
                        QUEBECOR WORLD LOGISTICS, INC.,
                        d/b/a Q.W. EXPRESS

By: _____
     Andrew R. Brown (AB-1644)
     Anthony J. Pruzinsky (AP-8534)

     45 Broadway – Suite 1500
     New York, New York  10006
     Telephone:   212-669-0600
     Facsimile:    212-669-0699