Brian Del Gatto (BD 7759)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101
Attorneys for Plaintiff Silvex Designs, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

SILVEX DESIGNS, INC.,

                 Plaintiff,

      -against-

FAST FLEET SYSTEMS, INC. and
QUEBECOR WORLD LOGISTICS, INC.
d/b/a Q.W. EXPRESS,

                 Defendants.

      -against-

ONE BEACON INSURANCE COMPANY,
STATION OPERATOR SYSTEMS, INC.,
INTEGRITY TRANSPORT, INC. and
EDWARD EGAN, individually,

             Third-Party Defendants.
------------------------------------------------------------X

**07-cv-03740-UA-MDF**

**PLAINTIFF SILVEX**
**DESIGNS, INC.'S ANSWER**
**TO COUNTERCLAIM**
**OF DEFENDANTS**
**STATION OPERATOR**
**SYSTEMS, INC., EDWARD**
**EGAN, AND INTEGRITY**
**TRANSPORT, INC.**

      The Plaintiff, SILVEX DESIGNS, INC. by and through its attorneys, WILSON, ELSER,

MOSKOWITZ, EDELMAN & DICKER LLP, answering the Counterclaims of the Defendants,

Station Operator Systems, Inc., Edward Egan, and Integrity Transport, Inc. (hereinafter

collectively the "Defendants"), hereby responds and alleges upon information and belief, as

follows:

1

107250.1

## AS FOR THE FIRST COUNTERCLAIM

1.      Plaintiff denies the allegations contained in paragraphs of the Counterclaim numbered "109" through "110", both inclusive.

2.      Plaintiff does not have sufficient information or belief to respond to the allegations contained in paragraph of the Counterclaim numbered "111".

3.      Plaintiff denies the allegations contained in paragraph of the Counterclaim numbered "112".

4.      Plaintiff denies as alleged in paragraph of the Counterclaim numbered "113" that it either knew or should have known whether "every transportation company and motor cargo insurance company" would or would not refuse to handle or insure shipments of jewelry. Plaintiffs further deny that it chose to declare a value of "$0." Plaintiff does not have sufficient information or belief to respond to the remaining allegations contained in the paragraph of the Counterclaim numbered "113".

5.      Plaintiff denies the allegations contained in the paragraph of the Counterclaim numbered "114".

## AS  FOR THE SECOND COUNTERCLAIM

6.      Plaintiff repeats and incorporates herein paragraphs 1 through 5 of its Answer to the Defendants' Counterclaim.

7.      Plaintiff denies the allegations contained in the paragraph of the Counterclaim numbered "116".

8.      Plaintiff denies the allegations contained in the paragraph of the Counterclaim numbered "117".

107250.1

WHEREFORE, Plaintiff Silvex Designs, Inc. prays:

9.      That judgment may be entered dismissing the Counterclaims of Defendants Station Operator Systems, Inc., Edward Egan, and Integrity Transport, Inc., with prejudice and awarding costs, including attorney fees associated with defending these Counterclaims;

10.     That judgment may be entered in favor of Plaintiff against the Defendants, Station Operator Systems, Inc., Edward Egan, and Integrity Transport, Inc. for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action; and

11.     That this Court grant to Plaintiff such other and further relief as may be just and proper.


Dated:  Stamford, Connecticut
        April 3, 2008

                                        THE PLAINTIFF,
                                        SILVEX DESIGNS, INC.


                                        By ___/s/Brian Del Gatto_____
                                            Brian Del Gatto (BD 7759)
                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER, LLP
                                        177 Broad Street, 6th Floor
                                        Stamford, CT 06901
                                        Brian.DelGatto@WilsonElser.com
                                        Tel: (203) 388-9100
                                        Fax: (203) 388-9101
                                        Our File No.: 09945.00001

107250.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing instrument was filed via the court's CM/ECF system which will send notifications of such filing to the following individual(s):

Andrew Robert Brown, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway
New York, NY 10006
(212) 669-0617
Fax: (212)-669-0699
abrown@hillrivkins.com
Attorneys for Defendant Quebecor World Logistics, Inc.

Anthony J. Belkowski, Esq.
Hedinger & Lawless
110 Wall Street, 11th Floor
New York, NY 1005-3817
(212) 759-8203
Fax: (212)-751-2984
abelkowski@hedlaw.com
Attorneys for Defendants Fast Fleet Systems, Inc., Station Operator Systems, Edward Egan, and Integrity Transport, Inc.

Lawrence P. Thees, Esq.
407 Green Avenue
Brielle, NJ 08730
(732)-489-7900
Fax: (732)-875-0753
ltsail@aol.com
Attorneys for Defendant Fast Fleet Systems, Inc.

William H. Healey, Esq.
Lance N. Olitt, Esq.
Mandelbaum, Salsburg, PC
155 Prospect Avenue
West Orange, NJ 07052
(732)-933-1515
Fax: (973) 325-7467
whealey@msgld.com
lolitt@msgld.com
Attorneys for Defendant NICA, Inc.

107250.1

Barry Neil Gutterman, Esq.
Barry N Gutterman & Associates, P.C
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, NY 10165
(212)-983-1466
Fax: (212)-983-1229
bngassc@aol.com
Attorneys for Third Party Defendant One Beacon


_/s/ Brian Del Gatto_____
Brian Del Gatto (BD 7759)

107250.1