```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
SYLVEX DESIGNS, INC.,             :
                                  :
                Plaintiff,        :
                                  :        ORDER
        - against -               :
                                  :        07 Civ. 3740 (DC)
FAST FLEET SYSTEMS, INC. et al.,  :
                                  :
                Defendants.       :
                                  :
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

**CHIN, District Judge**

It having been reported to this Court that the above entitled action has been settled, IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 30 days of the date of this order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         September 15, 2009

_____
DENNY CHIN
United States District Judge